# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

161474 & (21)(22)(23)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEVEN M. WASENKO,
    Plaintiff-Appellee,

v

AUTO CLUB GROUP,
    Defendant-Appellant.

SC: 161474
COA: 352890
Wayne CC: 19-016381-NF

_____/

   On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the June 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020



p0630

         Clerk